

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00030-CV

| | | |
|---|---|---|
| Chyanne Nichols, Appellant | § | On Appeal from the 342nd District Court |
| v. | § | of Tarrant County (342-301065-18) |
| Marc Aaron Wilson, M.D.; Alliance Health Partners, PLLC; and Alliance Ob/Gyn Specialists, PLLC, Appellees | § | March 2, 2023 |
| | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Chyanne Nichols shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel